# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8254 | **DATE** | February 18, 2011 |
| **CASE TITLE** |  | Tylon Hudson (#2009-1120252) vs. Thomas J. Dart, et al. | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to proceed *in forma pauperis* [#7] is granted. The court authorizes and orders Cook County Jail officials to deduct $13.00 from the plaintiff's account, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to the Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Illinois 60608. On the court's own motion, the plaintiff is granted an additional twenty-one days to submit four more copies of his complaint, as previously directed. In the alternative, the plaintiff may wish to seek voluntary dismissal of this case, without prejudice to submitting a supplemental complaint in *Hudson v. Dart*, Case No. 10 C 8253 (N.D. Ill.)

■ **[For further details see text below.]**                                                                 **Docketing to mail notices.**

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, jail officials, violated the plaintiff's constitutional rights by acting with deliberate indifference to his health, safety, and medical needs. More specifically, the plaintiff alleges that he fell out of bed and injured himself because the defendants ignored doctors' orders that he be assigned to a bottom bunk to his medical needs (seizures).

The plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff is assessed an initial partial filing fee of $13.00. The supervisor of inmate trust accounts at the Cook County Jail is authorized and ordered to collect, when funds exist, the partial filing fee from the plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer at the plaintiff's place of confinement is directed to collect monthly payments from the plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify the plaintiff's name and the case number assigned to this action. The Cook **(CONTINUED)**

mjm

**STATEMENT (continued)**

County inmate trust account office shall notify transferee authorities of any outstanding balance in the event the plaintiff is transferred from the jail to another correctional facility.

However, the plaintiff has not yet complied with that portion of the court's Minute Order of January 5, 2011, directing him to submit a judge's copy and three service copies of his complaint. On the court's own motion, the plaintiff is granted an additional twenty-one days to submit four more copies of his complaint, as previously directed. Failure of the plaintiff to comply within twenty-one days of the date of this order will result in summary dismissal of this case. In the alternative, the plaintiff may wish to seek voluntary dismissal of this case, without prejudice to submitting a supplemental complaint in *Hudson v. Dart*, Case No. 10 C 8253 (N.D. Ill.). *See* Minute Order of January 5, 2011.